1
2
3
4
5
6
7
8
9
10
11
12
13
14          THE UNITED STATES DISTRICT COURT

15        FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL, | Case No. 8:23-cv-01072-JVS-JDE |
| Plaintiff, | [Assigned to the Hon. James V. Selna] |
| vs. | **JUDGMENT *NUNC PRO TUNC*** |
| WHOLESALE ATV LLC, a Tennessee limited liability company; and DARYL ARON GOODMAN, an individual, | |
| Defendants. | |

**JUDGMENT *NUNC PRO TUNC***

Pursuant to plaintiff Ameris Bank d/b/a Balboa Capital's ("Balboa") Application for Default Judgment ("Application") Against Wholesale ATV LLC, a Tennessee corporation ("Wholesale ATV"), granted on February 12, 2024 (Dkt. 43); Balboa's Motion for Summary Judgment ("Motion") Against Daryl Aron Goodman, an individual ("Goodman"), granted on June 10, 2024 (Dkt. 51); and Balboa's Application to the Clerk to Tax Costs, granted on February 27, 2024 (Dkt. 44); and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Judgment be entered in this matter, in favor of Balboa, and against Defendant Wholesale ATV and Defendant Goodman, jointly and severally, in the total amount of **$355,992.78**.

2.      This represents compensatory damages in the amount owed of $309,009.00; costs in the amount of $715.14; attorneys' fees in the amount of $9,780.18; and $36,488.46, in prejudgment interest at the statutory rate of ten percent (10%) per annum.

3.      The prejudgment interest was calculated from April 6, 2023, the date of breach, to June 10, 2024, the date judgment was entered, adjusted *nunc pro tunc* to when the Court's summary judgment order issued.

4.      The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED:  September 10, 2024

_____
JUDGE OF THE U.S. DISTRICT COURT

Salisian|Lee LLP

JUDGMENT
CASE NO. 8:23-cv-01072-JVS-JDE